JAMES CAMPBELL, ALFRED HARTSHORN, AND THOMAS PAXTON *versus* JOSHUA COLSON.

JOURNAL ENTRIES (1826–28): *Journal 4:* (1) Motion for rule to join in error *p. 97; (2) continued *p. 115; (3) continuance rescinded *p. 118; (4) judgment reversed *p. 165.
PAPERS IN FILE: (1) Affidavit, petition, and precipe for certiorari; allocatur; (2) writ of certiorari and return; (3) assignment of errors, joinder; (4) assignment of errors; (5) writ of fi. fa. for costs, return.
*1824–36 Calendar*, MS p. 120. Recorded in *Book C*, MS pp. 128–36.